**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BILLY PINK HARDIN, #1443881,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 3:13-CV-0974-D |
| | § | |
| **WILLIAM STEPHENS, Director** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| Respondent. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the September 6, 2013 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Respondent's May 8, 2013 request to dismiss the petition for writ of habeas corpus as untimely is denied.

**SO ORDERED**.

September 27, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE